# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROY BERNELL JONES

NO. 2024 KW 0959

**DECEMBER 23, 2024**

---

In Re:    Roy Bernell Jones, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2022-210757.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8) by failing to include a copy of the bill of information and motion to suppress. Counsel also failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(9) by failing to include the body camera footage filed by the State in the trial court. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event counsel elects to file a new application with this court, the application shall be filed on or before January 23, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMC
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT